**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_PENSACOLA_ **DIVISION**

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

_EUGENE LONG_,
Inmate # _A-J09655_.
(Enter full name of Plaintiff)

AMENDED

vs.

CASE NO: 3:10cv429/MCR/MD
(To be assigned by Clerk)

_CLASSIFICATION OFFICER J.A. BOWMAN #ZDNJA05_
_LIEUTENANT. A. WILLIAMS #ZDWA002_
_SERGEANT. GIVEN_,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 1202'10 UsDcFln 3PM 1221

### I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: EUGENE LONG
Inmate Number: A-J09655
Prison or Jail: PRISON
Mailing address: SANTA ROSA CORRECTION INST
5850 E. MILTON ROAD
MILTON FLORIDA 32583

### II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: J A BOWMAN
    Official position: CLASSIFICATION OFFICER
    Employed at: SANTA ROSA C.I
    Mailing address: 5850 E MILTON ROAD
    MILTON FLORIDA 32583

(2) Defendant's name: A. WILLIAMS # ID WA002
    Official position: LIEUTENANT
    Employed at: SANTA ROSA C.I
    Mailing address: 5850 E MILTON Road
    MILTON Florida 32583

(3) Defendant's name: GIVEN
    Official position: SERGEANT
    Employed at: SANTA ROSA C.I
    Mailing address: 5850 E. MILTON Road
    MILTON Florida 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( ✓ )   No( )

1. Parties to previous action:
   (a) Plaintiff(s): EUGENE LONG
   (b) Defendant(s): WALTER A. MCNEIL, SEC
2. Name of judge: JAMES O. SHEFLER   Case #: 2010 CA00 2357
3. County and judicial circuit: LEON COUNTY 2nd JUDICIAL
4. Approximate filing date: 7-5-10 CASE OPEN 7-8-10
5. If not still pending, date of dismissal: PENDING
6. Reason for dismissal: N/A
7. Facts and claims of case: 5-13-10 OFFICER DENIED ME TO GO TO DISCIPLINARY HEARING AFTER I SAID I LIKE TO GO BUT I WAS ON PROPERTY RESTRICTION IT SHOULD HAVE BEEN POSTPONE. IN TII I GOT MY CLOTHES BACK OFFICERS CHEMICAL SPRAYED FOR NO REASON 1ST 8TH 14TH AMENDMENT VIOLATED DOC NOT ADHERE OWN RULES

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes( ✓ )   No( )

1. Parties to previous action:
   a. Plaintiff(s): EUGENE LONG
   b. Defendant(s): LT. K.W. DIERMYER AND SGT MURPHY
2. District and judicial division: NORTHERN PENSACOLA
3. Name of judge: MILES DAVIS   Case #: 3/10 CV 356/LC/MD
4. Approximate filing date: 9-14-10
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

3

A
    (✓) YES    ( ) NO
1. EUGENE LONG
    WALTER A. M$^c$NEIL, SECRETARY
    JAMES O. SHEFLER                  2010 CA 002591
    LEON COUNTY 2nd JUDICIAL CIRCUIT
    CASE OPEN 7-28-10
        N/A
        N/A

I CALLED OUT TO NURSE TO GET MY MEDS but officer JOHNSON lieED AND SAID MY ROOM WAS JUNKY CAUSE HE did NOT WANT NOONE TO TALK TO THE NURSE I JUST MOVED IN I did NOT KNOW IF SHE HAD MY MEDS OR NOT I HAVE SEIZURES SO I NEED THEM CLAIMS 1ST AND 14TH AMENDMENT

                        ADDITIONAL TO PG #3
A
(✓) YES    ( ) NO
1. EUGENE LONG
    R. TIFFT, WARDEN
    JAMES O. SHEFLER                 2010 CA 003484
    LEON COUNTY 2nd JUDICIAL CIRCUIT
    CASE OPEN 10-4-10
        N/A
        N/A

I FELT DIZZY A light HEADED I WAS moved out of THAT CELL DO TO I HAVE HARD TIME BREATHING I WAS PUT BACK IN THAT night AFTER MEDICAL HAD ME moved I BLACK out DO TO THE HEAT of THE CELL I AWOKE TO officer BRADY Kicking CELL DOOR AND SERGEANT YELLING SOMETHING I WENT TO SEE NURSE I TRYED TO TELL HER HOW I FELT SHE TOLD ME BE QUIET SHE TREATED ME FOR WHAT OFFICER SAID WAS WRONG WITH ME WHICH WAS ASHMA ATTECK I TRYED SAY THAT NOT BUT SHE TOLD OFFICER TO GET ME OUT OF THERE THATS WHY I GOT INFRACTIONS NOT DO TO MY CELL PROPERTY WAS NOT PUT UP AND SHIRT ON WINDOW NONE OF THAT IS TRUE IN HEARING I WAS DEPRIVE OF BEING HEARD ON MY BEHALF D.O.C FAILURE TO ADHERE TO THEIR OWN RULES DUE PROCESS OF HEARING

A
1. EUGENE LONG,
L.T. DIEMYER, L.T. GEELOW, CPT. LEE, SGT. MURPHY, SGT. MILLER, SGT. STOKES, SGT. GIVENS, SGT. STEWARD, SGT. PALMER, OFC. PEW, OFC. CARR, OFC. JOHNSON OFC. JACORBS, NURSE TRAVENO,
1ST JUDICIAL CIRCUIT
MARCI L. GOODMAN CIRCUIT JUDGE        10-1431 CAO1 OTH. DIV. A
MAILED 9-6-10
    N/A
    N/A

I WAS CHEMICAL SPRAYED SOMETHING WAS PUT IN MY FOOD MAKE ME SICK OFFICERS HARASSING ME GIVING ME DISCIPLINARY REPORTS FOR THINGS I DID NOT DO LAUGH AT ME AFTER I ASK FOR MEDICAL ASSISTANCE AFTER THEY THROW MY MEDICATION AWAY NURSE THREATING TO SAY I WAS MASTERBATING TO GET ME A OUTSIDE CHARGE SHE HAD OFFICERS PUT ME ON PROPERTY RESTRICTION SEEKING INJUNCTION

B.
    YES (✓)      NO ( )
1. EUGENE LONG
    T.M. REYES, ET AL.,
    NORTHERN PENSACOLA
    ELIZABETH. M. TIMOTHY            3:10 CV 356/RV/EMT
    SEPTEMBER 22, 2010
        N/A
        N/A

B. YES (✓)  NO ( )
  1. EUGENE LONG
     SERGEANT K.W. STOKES AND ofc JACOBS
     NORTHERN DISTRICT
     ELIZABETH M. TIMOTHY          3:10 CV 428/LAC/EMT
     10-27-10
          N/A
          N/A

(#03)

7. Facts and claims of case: _____
   _____

   **(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

   Yes( ✓ )      No( )

   If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

   1. Parties to previous action:
      a. Plaintiff(s): Eugene Long
      b. Defendant(s): Walter A. McNeil, Sec
   2. District and judicial division: 1ST DCA District Court of Appeal
   3. Name of judge: Assigning Yet    Case #: 1D10 3368
   4. Approximate filing date: Case Open 2-22-10
   5. If not still pending, date of dismissal: October 8, 2010
   6. Reason for dismissal: Did not file conformed copy of the order
   7. Facts and claims of case: My Roomy was taking my things and hit me as I reported to Sgt Germain he lied on me and gave a Infraction for Threaten my roomy claim n/a

   **(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

   Yes( )      No( ✓ )

   1. Parties to previous action:
      a. Plaintiff(s): _____
      b. Defendant(s): _____
   2. District and judicial division: _____
   3. Name of judge: _____ Case Docket # _____
   4. Approximate filing date: _____ Dismissal date: _____
   5. Reason for dismissal: _____

4

C.
   (✓) YES   ( ) NO
   EUGENE LONG
   L.T. K. W. DIERMYER AND S.GT. G.R. MURPHY
   PENSACOLA DIVISION
   MILES DAVIS               3:10 CV 356-LC/MD
   9-15-10
     N/A
     N/A

I CALLED A MENTAL HEALTH EMERGENCE ofc TOLD ME NIGGA GET off THE DOOR I KICK THE DOOR TO GET SGT MURPHY TO COME IN AS HE DID I STOP SAME FOR L.T. DO TO SGT TOLD ME NO MENTAL HEALTH I ASK TO SEE L.T. SGT TOLD ME TO KICK DOOR AND YOU WILL IT WAS NOT NEEDED FOR L.T. AND SGT TO SPRAY ME I WAS NOT KICKING ANY MORE AND AS THEY COME TO CHEMICAL SPRAY ME I WAS USEING RESTROOM I JUMP UP AND AS SOON I GOT MY PANTS UP THEY SPRAYED ME I HAD TOLD L.T. I GOT ASHMA AND SHOWED MY PUMP AND MEDICAL PASS THAT SAY NO CHEMICAL BUT L.T. OR SGT DID NOT CARE CLAIMS 1ST AMENDMENT AND 8TH AMENDMENT

C.   (✓) YES ( ) NO
   EUGENE LONG
   T.M. REYES, ET AL.,
   PENSACOLA DIVISION
   E.M. TIMOTHY            3:10 CV 356/RV/EMT.
   9-22-10
     N/A
     N/A

I WAS DENIED TO APPEAR IN DISCIPLINARY HEARING BY OFFICERS AND T.M. REYES CHAIRMAN OF HEARING AS I WAS ON PROPERTY RESTRICTION IT WAS SUPPOSE BE POSTPONE INTIL I GOT MY CLOTHES BACK CLAIMS 1ST AND 14TH AMENDMENT

C.
YES (✓)      ( ) NO
EUGENE LONG
WALTER A. McNEIL, SECRETARY
1ST Judicial CIRCUIT SANT, ROSA COUNTY
NOT ASSIGN YET            2010-1525-CA
MAILED OCTOBER 3, 2010
    PENDING
    PENDING

I WAS APPROVE CLOSE MANAGEMENT #2 on 2-19-10 DUE To having A WEAPON A Lock with a bELT ATTECH FOR PROTECTION ANOTHER HAD A Tooth brush with RAZORS ATTECH to IT AT TIME I WAS house AT WASHINGTON CORRECTION INSTITUTION HOWEVER I HAVE BEEN CONTINUED RETENTION ME ON CLOSE MANAGEMENT MY FIRST #6 months WAS CLEAN of ANY INFRACTIONS AND I WAS CONTINUED ANYWAY BASE ON SERIOUSNESS of ORIGINAL PLACEMENT I should hAVE bEEN RELEASE To GENERAL POPULATION BUT WAS CONTINUED To CM#3 on LAST month off CM#3 I STARTED WAVING HARDSHIP AND GETTING HARASSMENT From officers AND A NURSE LACK of DUE PROCESS FAILURE of DEPARTMENT To comply with own RULES REGARDING CLOSE MANAGEMENT OFFICERS GIVEING ME BOGUS INFRACTIONS To KEEP ME ON CM

C.                    ADDITIONAL PG #4
1. EUGENE LONG

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

L.T. A. Williams:

I RECEIVE A INFRACTION ON 5-25-10 AND HEARING HELD 6-3-10 NOONE ADVISE ME OF DISCIPLINARY HEARING THAT MORNING BEFORE I WENT OUTSIDE TO REC YARD I TALK TO HEARING TEAM MEMBER LIEUTENANT A. WILLIAMS D-DORM WING 2 CELL 2114L I TOLD HIM ABOUT MISTREATMENT AND GIVING OF INFRACTION JUST FOR LETTING NURSE KNOW I JUST MOVED IN FROM F-DORM AND OFFICERS LIEED SAYING I HAD PROPERTY ALL OVER THE CELL L.T. SAY WE TALK AT HEARING DO YOU GO TODAY YOU KNOW OF I SAID NO BUT I DO WANT TO COME CAUSE I CAME UP WITH A WITNESS HE SAY OK WEBE YOU THERE.

SERGANT GIVEN: SGT DID NOT ADVISE ME OF DISCIPLINARY HEARING NOR DID A OFFICER. AT REC YARD IT STARTED RAINING AND NO ONE CAME OUT OF DORM TO GET ANYBODY FOR ANYTHING I RETURNED TO MY CELL OFC DORN BROUGHT ME MY DISCIPLINARY HEARING REPORT (FINDINGS) AT D-2114L ON 6-3-10 I ASK WHEN WAS HEARING HE SAID A FEW MOMENTS AGO HOUR LATER I ASK SGT GIVEN AT D-2114L WHEN HE COME ROUND WHAT OFFICER WAS ADVISEING US FOR HEARING HE TOLD ME DUTY OFFICER I ASK WHO WAS THAT HE TOLD ME GOT TO CHECK AND LET ME KNOW BUT HE NEVER RETUNED AFTER I FILED APPEAL (REMEDY) ON HEARING IS HOW I FOUND OUT SGT GIVEN WAS THE ONE THAT DID NOT NOTIFY ME FOR HEARING HE REFUSE ME HIMSELF HE NEVER ASK ME IF I WANTED TO APPEAR SIGN REFUSE WAVIOR AND TOLD OFC DORN TO SIGN AS A WITNESS I DID NOT KNOW THIS INTIL I GOT APPEAL BACK WHICH WAS DENIED DO TO OFFICER DORN SIGNING AS A WITNESS THAT I REFUSE

5

on 6-29-10

I ask ofc Dorn about this at D-2114L he said oh yeah Sgt Given got you he told me you refuse and told me to sign then said don't worry about it and walk off.

At hearing chairman classification officer JA Bowman 10" NJA OS just found me guilty base on officer statement (word) and uncomplete investigation she and Lt only relied on what officer said and nothing on my behalf I came up with a witness I was going ask hearing to get a statement I could not do so since I was denied to go to hearing as chairman she suppose make sure I get a fair hearing she did not even serve me my hearing findings or see if I refuse to appear she and L.T. just said I was guilty I was told I could not file grievances on both hearing officers on this matter L.T. To / made no point to say I told him I wanted to apper that morning before I was advised of hearing I did get a affidavit to show hearing team from witness but I was refuse (denied) to go it restricted my ability to establish my innocence by Sgt Given denying me to go to hearing

This come by of retaliation of me filing grievance on another Sgt and Lieutenant and filing to courts about bogus infractions and D.O.C failure to adhere to own rules in respect to disciplinary hearings as well PROCEDURES. This cause me mental, physical injury by me being on close management

6

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1ST AMENDMENT: I WAS DENIED TO APPEAR AT hEARing AND BE hEARD

1ST AMENDMENT: I WAS Told I could NOT GRIEVANCE MATTER on both hEARING officERS?

14TH AMENDMENT: VIolATED DUE PROCESS AS HEARING RELYEd on officER word (STATEMENT) And uNComPIETE INVESTIGATION

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

184,000 FROM EACh DEFENDANT

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

AMENDED

10-24-10
11-27-10
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 28TH day of NOVEMBER, 20 10.

(Signature of Plaintiff)

Revised 03/07

7





MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

Eugene Rone Jogess #21122
Santa Rosa Correction Institution
5850 E milton Road
Milton Florida 32583

Clerk U.S. District Court
Northern District of Florida
1 North Palafox Street, Suite #226
Pensacola Florida 32502